```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

LEWIS O'NEAL CASON                                                PLAINTIFF

    V.                    Civil No. 09-2056

OZARK POLICE DEPARTMENT                                           DEFENDANT

### O R D E R

On this 6th day of August 2009, there comes on for consideration the report and recommendation filed in this case on July 14, 2009, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 5). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b). The Clerk is directed to send a copy of this order to Cason in care of Judge Josiah Stone, RR 3 Box 292-5, Muldrow, OK 74948-9550.

IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge